302

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL CHUPICH, Defendant-Appellant.

(No. 52504; 

First District—March 29, 1971.

Opinion by Mr. JUSTICE LYONS.

Frederick F. Cohn and Sam Adam, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Arthur Lewis Belkind, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SCOTT BROWN *et al.*, Defendants-Appellants.

(Nos. 52544, 54179 cons.; 

First District—April 22, 1971.